**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.: 25cr353** |
| | ) | |
| **MICHAEL CRAIG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

The United States of America and defendant Michael Craig, by and through undersigned counsel, pursuant to the Court's Minute Order (June 3, 2026), hereby provide the following joint status report:

1.     On June 3, 2026, the Court ordered the parties to file a joint status report to advise the Court as to the preparation for sentencing no later than July 31, 2026.

2.     The parties continue to discuss their preparation for sentencing in this case and respectfully request the Court to schedule a status report for no less than 60 days, at which time the parties will advise the Court as to their preparation for sentencing.

Respectfully submitted,

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:     /s/ Paul Hayden
        Paul Hayden
        Lauen Archer, D.C. Bar # 90017414
        Trial Attorneys
        Criminal Division, Fraud Section
        United States Department of Justice

1400 New York Avenue, N.W.
Bond Building, Fourth Floor
Washington, D.C. 20530
(202) 353-9370
paul.hayden2@usdoj.gov


/s/ David Benowitz
David Benowitz, D.C. Bar # 451557
Price Benowitz LLP
409 7th Street, NW #200
Washington, DC 20004
(202) 271-5249
david@pricebenowitz.com

*Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2026, a copy of this Joint Status Report was provided to the Clerk

of the Court and served via email to Counsel for the Defendant.

<u>/s/ Paul Hayden</u>
Paul Hayden
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice