**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.: 25cr353** |
| | ) | |
| **MICHAEL CRAIG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

The United States of America and defendant Michael Craig, by and through undersigned counsel, pursuant to the Court's Minute Order (August 4, 2026), hereby provide the following joint status report:

1. On August 4, 2026, the Court ordered the parties to file a joint status report to advise the Court as to the preparation for sentencing no later than September 29, 2026.

2. The parties continue to discuss their preparation for sentencing in this case and respectfully request the Court to schedule a status report for no less than 60 days, at which time the parties will advise the Court as to their preparation for sentencing.

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: */s/ Ariel Glasner*
Ariel Glasner, D.C. Bar 991442
Trial Attorney
Public Trust and Financial Integrity Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Ariel.Glasner@usdoj.gov

/s/ David Benowitz
David Benowitz, D.C. Bar # 451557
Price Benowitz LLP
409 7th Street, NW #200
Washington, DC 20004
(202) 271-5249
david@pricebenowitz.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2026, a copy of this Joint Status Report was provided to the Clerk of the Court and served via email to Counsel for the Defendant.

/s/ Ariel Glasner
Ariel Glasner
Trial Attorney
Public Trust and Financial Integrity Section
National Fraud Enforcement Division
United States Department of Justice